IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL HOUSEMAN,

    Plaintiff,                  No. 2:13-cv-0305 KJN P

vs.

M. CATES, et al.,

    Defendants.             ORDER

_____/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed March 1, 2013, plaintiff was ordered to file a completed in forma pauperis affidavit and submit a certified copy of his prison trust account statement within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis affidavit and a certified trust account statement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 11, 2013

                                              _/s/ Kendall J. Newman_
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

hous0305.ffp